Vincent Scruggs J. 25-bk 30609
25-03007
Upreen
Vs
Scruggs

motion: Requesting more time   Case

JUL 28 2026 PM 12:13
FILED-USBC-CT-NEW HAV

To whom this may Concern:
I am requesting the courts to please allow me more time following July 29th 2026 based on the I donot have enough time to get all the paperwork and stipulations together I am not feeling so good about being in court behind someone eleses wrong doing I did recieve some paper work electronicly and some by hand of the attorney I'm very stressed out very depressed and Im not able to get the legal help I need because of the way the courts and the attorneys are so speedily handling this case I have always believed in the law and now I'm having doubts about the law because this woman is able to do the things she did and be protected by the law and everyone that know her attorney is saying I don't have a leg to stand on because ther his father as well as himself always get special treatment so where do I stand a chance I am asking the courts for atleast three more months whereas I can get other attorneys involved on my behalf I am also waiting for paperwork from other sources and I'm pressed for time please take in consideration I shouldn't have to be going through this while the federal government protects her from her wrong I will be in court tomorrow I am having health issues as well,

Sign: Daniel Vanen
7-28-26

Certificate Of Service

July 28, 2026

Case no. 3: 25-bk 30607
~~~~~ 25- 03007

Ann M Nevins
c/o United States Bankruptcy Court
New Haven County
New Haven ct

Jeffrey Hellman LLC
195 church Street 10th floor
New Haven Ct 06510

Deidra Scruggs
154 Ursini Dr
Hamden ct 06514

I am signing my name that certificate of service
has been rendered to the above people for
the case 3: 25-bk 30607 being sent out by the clerk
via electronic notice

Signed: _Darrel Veneen_

7-28-26